**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**(Newport News Division)**

| | | |
|---|---|---|
| NORTH AMERICAN SPECIALTY INSURANCE COMPANY, | ) ) ) | |
| **Plaintiff,** | ) ) | |
| v. | ) ) | Civil Action No. 4:17-cv-120 |
| THE PHOENIX CORPORATION, *et al.* | ) ) ) | |
| **Defendants.** | ) | |

**STIPULATION OF VOLUNTARY DISMISSAL**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff North American Specialty Insurance

Company, and the defendants, The Phoenix Corporation, dba TPC Glass, Inc. ("Phoenix"), Weld

Technology of Virginia, LLC ("WTV"), Randy D. Pollard ("Mr. Pollard") and Rita E. Pollard

("Mrs. Pollard") ((Phoenix and WTV and Mr. Pollard and Mrs. Pollard are together referred to

herein as "Defendants") hereby stipulate to the dismissal of the above styled action without

prejudice against all Defendants.

Dated:  April 18, 2018                 Respectfully submitted,

                                       **NORTH AMERICAN SPECIALITY**
                                       **INSURANCE COMPANY**

                                       By Counsel

                                        /s/   Lauren P. McLaughlin
                                       Lauren P. McLaughlin, Esq. (VA Bar No. 44975)
                                       Raziye Andican, Esq. (VA Bar No. 91272)
                                       BRIGLIAMCLAUGHLIN, PLLC
                                       1950 Old Gallows Road, Suite 750
                                       Tysons Corner, Virginia 22182
                                       Telephone: 703.506.1990
                                       Facsimile:  703.506.1140
                                       lmclaughlin@briglialaw.com
                                       randican@briglialaw.com
                                       *Attorneys for North American Specialty Ins. Co.*

**SO STIPULATED:**


   /s/   *Lauren P. McLaughlin*
Lauren P. McLaughlin, Esq. (VA Bar No. 44975)
Raziye Andican, Esq. (VA Bar No. 91272)
BRIGLIAMCLAUGHLIN, PLLC
1950 Old Gallows Road, Suite 750
Tysons Corner, Virginia 22182
Telephone: 703.506.1990
Facsimile:  703.506.1140
lmclaughlin@briglialaw.com
randican@briglialaw.com
*Attorneys for North American Specialty Ins. Co.*



 /s/ *Daniel R. Quarles*
Daniel R. Quarles, Esquire
Virginia State Bar # 40412
dquarles@osqlaw.com
Otey Smith & Quarles
485 McLaws Circle
Williamsburg, VA 23185
Telephone: (757) 903-2665
Facsimile: (757) 903-2664
*Counsel for the Defendants*

2

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY THAT on this 18th day of April 2018, a true copy of the foregoing

was served via ECF upon the following:

Daniel R. Quarles, Esq.
Otey, Smith & Quarles
Busch Corporate Center
485 McLaws Circle
Williamsburg, VA 23185
Telephone: 757-903-2665
Facsimile: 757-903-2664
dquarles@osqlaw.com
*Counsel for the Defendants The Phoenix Corporation d/b/a TPC
Glass, Inc., Weld Technologies of Virginia, LLC, Randy D.
Pollard, and Rita E. Pollard*

/s/ Lauren P. McLaughlin
Lauren P. McLaughlin